UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DALE WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>TD BANK US HOLDING COMPANY,<br><br>      Defendant. | Civil Action No. 3:25-cv-01002-VAB |

NOTICE OF SETTLEMENT

Plaintiff, Dale Williams, and Defendant, TD Bank US Holding Company, hereby notify the Court that the parties have reached a settlement resolving all claims in this action. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice once the agreement is fully executed. The parties respectfully request that the Court stay all current deadlines and proceedings pending the filing of the stipulation of dismissal.

Respectfully submitted,

Plaintiff (Pro Se):
/s/ Dale Williams
Dale Williams
37 E Wintonbury Avenue
Bloomfield, CT 06002
aviawilly1974@gmail.com

Counsel for Defendant:
/s/ Elizabeth M. Lacombe
Elizabeth M. Lacombe, Esq.
Duane Morris LLP
100 Pearl Street, 13th Floor
Hartford, CT 06103
+1 215 979 1577
emlacombe@duanemorris.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DALE WILLIAMS,** | : |
| **Plaintiff,** | : Civil Action No. 3:25-cv-01002-VAB |
| v. | : |
| **TD BANK US HOLDING COMPANY,** | : |
| **Defendant.** | : |

### CERTIFICATE OF SERVICE

I, Elizabeth M. Lacombe, hereby certify that a copy of foregoing was filed electronically through the ECF system and will be sent electronically to any registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: September 2, 2025      By:     /s/ Elizabeth M. Lacombe
                                      **DUANE MORRIS LLP**
                                      100 Pearl Street, 13th Floor
                                      Hartford, CT 06103
                                      Phone: 215-979-1577
                                      Fax: 207-470-1099
                                      Email: emlacombe@duanemorris.com